IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LEGGETT & PLATT, INCORPORATED and L&P PROPERTY MANAGEMENT COMPANY, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | )    Case No. 11-CV-05041 |
| SIMMONS BEDDING COMPANY and THE SIMMONS MANUFACTURING CO., LLC, | ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Leggett & Platt, Incorporated and L&P Property Management Company ("Plaintiffs") and Defendants Simmons Bedding Company and The Simmons Manufacturing Co., LLC ("Defendants") have entered into a settlement agreement. Pursuant to that settlement agreement, Plaintiffs and Defendants stipulate and request that all claims in this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its own attorneys' fees and costs, and that the case may only be reopened consistent with certain contingencies as set forth in the settlement agreement or as otherwise permitted by law.

Respectfully submitted this 3rd day of January, 2013.

By: /s/ David L. De Bruin
B. Trent Webb (State Bar No. 40778)
Email: bwebb@shb.com
Bart A. Starr (State Bar No. 52407)
Email: bstarr@shb.com
SHOOK, HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

David L. De Bruin
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza, Suite 2000
180 N. Stetson Avenue,
Chicago, Illinois 60601
Telephone: (414) 271-6560
Facsimile: (414) 277-0656
Email: dldebruin@michaelbest.com

Kenneth M. Albridge III
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
P.O. Box 1806
Madison, WI 53701-1806
Telephone: (608) 257-3501
Facsimile: (608) 283-2275
Email: kmalbridge@michaelbest.com

*Attorneys for Plaintiffs*
*LEGGETT & PLATT, INCORPORATED and*
*L&P PROPERTY MANAGEMENT COMPANY*

By: /s/ Virginia L. Carron
David W. Ansley (State Bar No. 23167)
HALL ANSLEY RODGERS &
    SWEENEY, P.C.
3275 E. Ridgeview Street
Springfield, MO 65804
Telephone: (417) 890-8700
Facsimile: (417) 890-8855
Email: dansley@hallansley.com

Donald R. Dunner
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
901 New York Avenue
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
Email: don.dunner@finnegan.com

Virginia L. Carron
Email: virginia.carron@finnegan.com
Cortney S. Alexander
Email: cortney.alexander@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30324
Telephone: (404) 653-6400
Facsimile: (404) 653-6444

*Attorneys for Defendants*
*SIMMONS BEDDING COMPANY and THE*
*SIMMONS MANUFACTURING CO., LLC*

2

## ORDER

IT IS HEREBY ORDERED, based upon the foregoing Stipulation, that all claims in this action are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its own attorneys' fees and costs. The case shall only be reopened consistent with the contingencies set forth in the parties' settlement agreement resolving this action or as otherwise permitted by law.

Dated this _____ day of _____, 20___.

_____
The Honorable Richard E. Dorr, Judge
United States District Court