IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| **LEGGETT & PLATT INC., et al.** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 11-5041-CV-SW-RED |
| | ) |
| **SIMMONS BEDDING COMPANY, et al.** | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is parties' Stipulation and Order of Dismissal without Prejudice (Doc. 50). Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above captioned case is **DISMISSED WITHOUT PREJUDICE**. Pursuant to the parties' settlement agreement, the case may only be reopened consistent with certain contingencies as set forth in the settlement agreement or as otherwise permitted by law. Furthermore, each party shall bear his own costs.

**IT IS SO ORDERED.**

DATED: January 9, 2013            _/s/ Richard E. Dorr_
                                   RICHARD E. DORR, JUDGE
                                   UNITED STATES DISTRICT COURT